MOW 1009-1.3 (01/16)

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

In Re:                                              )
                                                    )
**Cynthia Diane Phillips**                          )        Case No. **20-42158**
                                                    )
                                                    )
                                                    )
                    Debtor(s)                       )

## NOTICE OF AMENDMENT OF SCHEDULE OF DEBTS
## AND ADDITION OF CREDITOR

You are hereby notified that the debtor has filed amended schedules of debt to include creditors listed below or on the attachment. By separate copy, you are also notified of the full social security number of the debtor(s). *[Edit paragraphs below as appropriate]*

1.      Creditor (name and address):

| | |
|---|---|
| **Internal Revenue Service** | **Centralized Insolvency Operation, Post Office Box 7346, Philadelphia, PA 19101-7346** |
| **Internal Revenue Service** | **PO Box Box 7346, Philadelphia, PA 19101-7346** |
| **Kansas Department of Revenue** | **P.O. Box 12005, Topeka, KS 66601-2005** |
| **Wells Fargo Auto** | **PO Box 5265, Sioux Falls, SD 57117-5265** |

2.      Claim (amount owed, nature of claim, date incurred):

**Internal Revenue Service, $12,057.96,**

**Internal Revenue Service, $1,453.00,  2020**

**Kansas Department of Revenue, $161.00,  2020**

**Wells Fargo Auto, $18,155.00,**

3.      These claims have been scheduled as *[check box]*:     ☑ priority;  ☐ secured;  ☑ general unsecured.

**Priority - Internal Revenue Service**

**Priority - Internal Revenue Service**

**Priority - Kansas Department of Revenue**

**General Unsecured - Wells Fargo Auto**

4.      Trustee, (name, address, and phone) if one has been appointed: Richard V Fink, 2345 Grand Blvd, Ste 1200, Kansas City, MO 64108

5.      Deadline for filing complaints objecting to discharge of specific debts or the general discharge of debtor under 11 U.S.C. §§ 523, 727:

> If this claim was added to the schedules after the deadline for filing complaints stated above or if the deadline will pass within 30 days, the creditor shall have 30 days after the date of service below to file complaints.

6.      Deadline for filing proofs of claim: *[and select the appropriate paragraph below]*
This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

> If this claim was added to the schedules after the deadline for filing claims stated above or if the deadline will pass within 30 days, the creditor shall have 30 days after the date of service below to file a proof of claim.
> **https://ecf.mowb.uscourts.gov/cgi-bin/autoFilingClaims.pl**

> This is a Chapter 13 case. You have 30 days from the date of this notice or until the bar date, whichever is later, to file your proof of claim. **https://ecf.mowb.uscourts.gov/cgibin/autoFilingClaims.pl**

Date:  **February 26, 2021**                             /s/ Ryan A. Blay

                                                         Debtor's attorney (type name, address)
                                                         **Ryan A. Blay KS-001066**
                                                         **WM Law, PC**
                                                         **15095 West 116th Street**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

**Olathe, KS 66062**

<u>Certificate of Service:</u>  I, Ryan A Blay , certify the above notice and a separate notice of the full social security number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on   **February 26, 2021**   .

/s/ Ryan A Blay
Typed Name or Signature

Instructions: Edit all paragraphs as appropriate and serve on the affected creditor(s).
ECF Event: Bankruptcy>Notices>Amendment to Schedules Adding Creditors (Fee Due)